# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

CHADDRICE WHITE,

    Plaintiff,

v.                                      Case No. 5:22-cv-432-JA-PRL

AUTOZONERS, LLC,

    Defendants.

_____

## ORDER

Upon consideration of the Joint Stipulation to Remand (Doc. 5), it is **ORDERED** that the motion is **GRANTED**. This case is remanded to the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida, Case No. 22CA001673AX. The Clerk is directed to close this case.

**DONE** and **ORDERED** on October 3rd, 2022.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record